**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| **SYMBOLOGY INNOVATIONS, LLC,** | Civil Action No.: 5:20-cv-01499-SL |
| Plaintiff, | |
| v. | **TRIAL BY JURY DEMANDED** |
| **FURUKAWA ROCK DRILL USA, INC.,** | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Now comes Plaintiff, Symbology Innovations, LLC, by and through its counsel, pursuant to Fed. R. Civ. P. 41(a)(1), and hereby voluntarily dismisses all of the claims asserted against Defendant Furukawa Rock Drill USA, Inc. in the within action WITH PREJUDICE.  Furukawa Rock Drill USA, Inc. has not served an answer or a motion for summary judgment.

Dated: October 23, 2020

Respectfully submitted,

SAND, SEBOLT & WERNOW CO., LPA

*/s/ Andrew S. Curfman*
Andrew S. Curfman (SBN 0090997)
Aegis Tower – Suite 1100
4940 Munson Street NW
Canton, Ohio 44718
Phone: 330-244-1174
Fax: 330-244-1173
Andrew.Curfman@sswip.com

ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on October 23, 2020, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

                                                */s/ Andrew S. Curfman*
                                                Andrew S. Curfman